IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| NICOLE GONZALEZ, ) | | |
| on behalf of Plaintiff and the class ) | | |
| members described herein, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | 3:24-cv-50038 | |
| v. ) | Honorable Iain D. Johnston | |
| ) | | |
| NISWI, LLC doing business as ) | | |
| LENDUMO; ) | | |
| SOAREN MANAGEMENT, LLC; ) | | |
| LDF HOLDINGS, LLC; ) | | |
| BRITTANY ALLEN; ) | | |
| and JOHN DOES 1-20, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF DISMISSAL

Plaintiff Nicole Gonzalez ("Plaintiff") by and through her respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Plaintiff's individual claims against Defendant LDF Holdings, LLC with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs.

Respectfully submitted,

s/ Tara L. Goodwin
Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
Lucas Coughlin
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

1

## CERTIFICATE OF SERVICE

I, Tara L. Goodwin, certify that on May 21st, 2024, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, and sent by email to:

Patrick McAndrews - pmcandrews@spencerfane.com

                                                  s/ Tara L. Goodwin
                                                  Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200